# United States District Court
## Violation Notice

**CVB Location Code:** WY4

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F07E002W | Muniz | 2547 |

F07E002W

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/08/2025 17:17
**Offense Charged:** FED 36 CFR 261.15I

**Place of Offense:** greys river parking lot

**Offense Description: Factual Basis for Charge**
36 CFR 261.15I - OFF ROAD STATE LAWS

HAZMAT ☐

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Taggart | Zackery | |

Street Address:

City / State / Zip Code / Date of Birth (mm/dd/yyyy)

Drivers License No. / CDL ☐ / D.L. State / Social Security No.

Adult ☐  Juvenile ☐   Sex ☐ M ☐ F   Race / Hair / Eyes / Height / Weight

### VEHICLE
VIN:    CMV ☐

Tag No. / State / Year / Make/Model / PASS ☐ / Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 100.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 130.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F07E002W

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    06/08/2025    while exercising my duties as a law enforcement officer in the   _____ District of    WY

Pursuant to 16USC 551: .

The foregoing statement is based upon:

    MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    06/08/2025    *[signature]*
    Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
    Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident